IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                               ORDER

                Plaintiff,

      v.                                                                       11-cr-93-bbc

NORBERTO BURCIAGA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant Norberto Burciaga has filed a notice of appeal of the court's July 16, 2015 order denying his motion under 18 U.S.C. § 3582, in which he asked the court to reduce his sentence. His motion was denied because he was sentenced to a mandatory term of ten years, a term determined by Congress and not by the Sentencing Commission. Defendant's notice of appeal was not accompanied by the $505 fee for filing an appeal. 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22. Therefore, I construe it as including a request for leave to proceed <u>in forma pauperis</u> on appeal under 28 U.S.C. § 1915. According to 28 U.S.C. § 1915(a)(3), "an appeal may not be taken <u>in forma pauperis</u> if the trial court certifies in writing that it is not taken in good faith." In <u>Lee v. Clinton</u>, 209 F.3d 1025, 1026 (7th Cir.

1

2000), the Court of Appeals for the Seventh Circuit ruled that an appeal is not taken in "good faith" if it is based on a "frivolous claim" that is, "a claim that no reasonable person could suppose to have any merit." Id. at 1026. Defendant's claim is not "fantastical," as were the claims in Lee, in which the allegation was that the United States and China were engaged in a conspiracy to invade and infect certain people with a mind reading device. I cannot say that petitioner's appeal is of that type or that it is wholly without merit. However, it is a claim so clearly foreclosed by the governing law that no reasonable person would suppose it has merit.

## ORDER

IT IS ORDERED that defendant Norberto Burciaga's request for leave to proceed in forma pauperis on appeal is DENIED.

Entered this 18th day of August, 2015.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2